IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**GARFIELD SPENCE**

    **Plaintiff**         **Case Number**: **0:24-cv-61952-WPD**

**V.**

**SVS Weston LLC.**

    **Defendant**

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice as to all Defendant(s) and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

    Respectfully submitted,

Dated: November 26, 2024         */s/ Alberto R. Leal*.
    Alberto R. Leal, Esq., P.A.
    Florida Bar No.: 1002345
    E-Mail: albertolealesq@gmail.com
    Phone: 954-637-1868